MARCH 15, 1996

No. 95–386. RICHARDS ET AL. v. JEFFERSON COUNTY, ALABAMA, ET AL. Sup. Ct. Ala. [Certiorari granted, *ante*,

p. 983.] Writ of certiorari dismissed as improvidently granted to the extent that it includes the question whether the occupational tax challenged by petitioners violates the Equal Protection Clause of the United States Constitution. The parties are directed to address at oral argument only the remaining question: Whether the Due Process Clause of the United States Constitution prohibits the application of res judicata in this case.